**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7597**

─────────────

HAROLD EVANS,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge. (CR-99-6)

─────────────

Submitted:  January 23, 2003          Decided:  April 4, 2003

─────────────

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Harold Evans, Appellant Pro Se.  Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Evans seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Evans has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>United States v. Evans</u>, No. CR-99-6 (W.D. Va. Aug. 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2